# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

CAROLYN BRATTON                                                                                                         PLAINTIFF

VS.                                                           CIVIL ACTION NO.: 3:16cv784CWR-FKB

WAL-MART STORES EAST, LP                                                   DEFENDANT

## ORDER AMENDING CASE MANAGEMENT ORDER TO PERMIT
## ADDITIONAL DISCOVERY

Before the Court is Wal-Mart Stores East, LP's Unopposed Motion for Extension to Conduct Expert Depositions and *Daubert* Motion Deadline. The Court, having considered the Motion, grants the motion and amends the Case Management Order as follows:

1. All discovery must be completed by September 6, 2017. The Court grants this extension solely for the purpose of allowing Wal-Mart to take the depositions of Dr. Ike Eriator and Dr. Albert Arthur.

2. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by September 20, 2017.

3. This case is set for trial during the two-week term of court beginning on February 20, 2018 before United States District Judge Carlton W. Reeves in Courtroom 5B at the United States Courthouse in Jackson, Mississippi, and the pre-trial conference is set for January 12, 2018, before Judge Reeves.

So ordered, this the 3rd day of August, 2017.

                                                                             /s/ F. Keith Ball
                                                                           **UNITED STATES MAGISTRATE JUDGE**